899 A.2d 350

**Edward MILLER, Appellant,**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

June 19, 2006.

*ORDER*

PER CURIAM.

**AND NOW,** this 19th day of June, 2006, the order of the Commonwealth Court is AFFIRMED.